[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-12848

Non-Argument Calendar

_____

WILLIAM P. BROWN,

Plaintiff-Appellant,

*versus*

JOHN DOES, et al.,

Defendants,

NAPHCARE,
Individual and Official Capacity,
TECHCARE,
Individual and Official Capacity,
ADVENT CARE,
In their individual and professional capacity,

2                    Opinion of the Court                    23-12848

ADVENT HEALTH CARE,
Individual and Official Capacity,
CHAD CHRONISTER,
Sheriff, Hillsborough County, in hisindividual and
Professional Capacity,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00141-WFJ-AEP

_____

Before BRANCH, LUCK, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  William Brown, a state prisoner proceeding *pro se*, appeals from the district court's order dismissing claims against three named defendants.  The order is not final and appealable, however, because the district court has not yet resolved the rights and liabilities of Sheriff Chad Chronister and the unnamed correctional officers and did not certify its order for immediate appeal.  *See* 28 U.S.C. §§ 1291, 1292(b); Fed. R. Civ. P. 54(b); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012).

23-12848              Opinion of the Court                3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.